Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 22−10253−jps**

**In re:**
Alexander Phillip Talarico
**Aka** −Alexander P. Talarico, Alex Talarico
10556 Cambridge Cr.
North Royalton, OH 44133

**Social Security No.:**
xxx−xx−4139

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Lauren A. Helbling is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 12, 2022                  **BY THE COURT**
Form ohnb136a                      /s/ Jessica E. Price Smith
                                            United States Bankruptcy Judge